**STATE of Missouri, Respondent,**

v.

**Jerry Lynn JONES, Appellant.**

**No. 48710.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 30, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 5, 1985.

Application to Transfer Denied
Aug. 7, 1985.

William J. Shaw, Public Defender, Clayton, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for kidnapping, forcible rape, sodomy, and armed criminal action, in violation of § 565.100, § 566.030, § 566.060, and § 571.015, RSMo 1978 respectively.

Judgment affirmed. Rule 30.25(b).